IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and ) | |
| SHAWNNA SULLIVAN, Revenue ) | |
| Officer of the Internal Revenue Service, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.: 10-02668-dkv |
| ) | |
| ) | |
| VERNON TAYLOR, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**ORDER DISMISSING PETITION WITHOUT PREJUDICE**

This matter came on to be heard on the Petition to Enforce IRS Summons on this the 17th day of November 2010 at which time the United States Attorney advised the Court that the U.S. Marshal had attempted to serve the Respondent at three separate addresses provided by the Internal Revenue Service, but had been unable locate and serve the Respondent and that in light of the failure to locate and serve the Respondent, the Petitioner desired to dismiss the petition, IT IS THEREFORE

ORDERED that the Petition to Enforce IRS Summons be and the same is hereby dismissed without prejudice.

   s/Diane K. Vescovo
**DIANE K VESCOVO**
**U.S. MAGISTRATE JUDGE**

DATED:   November 17, 2010